UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO MORGUTIA, JR., <br><br> Petitioner, <br><br> v. <br><br> DANIEL PARAMO, WARDEN, <br><br> Respondent. | CASE NO. SA CV 12-925-PA (PJW) <br><br> J U D G M E N T |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  June 15, 2012.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Morgutia.J.wpd