UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO MORGUTIA, JR., | CASE NO. SA CV 12-925-PA (PJW) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| DANIEL PARAMO, WARDEN, | |
| Respondent. | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 15, 2012.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Morgutia.J.wpd